IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID TRINH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:21CV105 |
| ) | |
| INTERNATIONAL BUSINESS ) | |
| MACHINES CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

On March 2, 2022, the Order and Recommendation of United States Magistrate Judge ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. [Docs. #22, 23]. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation [Doc. #22] is hereby adopted.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss or Transfer [Doc. #9] is DENIED.

This the 24th day of March, 2022.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge