IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:21-cv-00105-NCT-JEP

| | |
|---|---|
| DAVID TRINH ) | |
| ) | |
| Plaintiff/Counter- ) | |
| Defendant, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| INTERNATIONAL BUSINESS ) | |
| MACHINES CORPORATION, ) | |
| ) | |
| Defendant/Counter- ) | |
| Plaintiff. ) | |

This matter is before the Court on the motion of Ansley K. Fantaski of Jackson Lewis P.C. for permission to withdraw as counsel of record for Defendant/Counter-Plaintiff International Business Machines Corporation ("IBM"). Having considered the motion and for good cause shown, the motion is GRANTED.

**IT IS THEREFORE ORDERED,** that Ansley K. Fantaski shall be allowed to withdraw as counsel of record for Defendant/Counter-Plaintiff IBM.

This the \_\_\_\_ day of July 2022.

_____
United States District Court